UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

------------------------------------------------------------X

MICHAEL TRENK,

                Plaintiff,                Case No. 3:17-cv-03478

       -against-                     **STIPULATION OF DISMISSAL**

ALLIED INTERSTATE, LLC and SYNCHRONY  **WITH PREJUDICE**

BANK,

                Defendants

------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael Trenk and Defendants Allied Interstate, LLC and Synchrony Bank hereby stipulate and agree that Plaintiff's cause against them is voluntarily dismissed in its entirety and with prejudice, with each party to bear its own costs and attorney's fees. No party hereto is an infant or incompetent. There are no counterclaims.

Dated: April 2, 2018

/s/Edward B. Geller, Esq.                 /s/Nana Boyer, Esq.

Edward B. Geller, Esq., P.C.             Reed Smith LLP

15 Landing Way                                599 Lexington Avenue

Bronx, New York 10464                  New York, NY 10022

Tel:(914)473-6783                           Tel: (212)549-0282

Attorney for Plaintiff                        Attorney for Defendant

So Ordered this 3rd day of April, 2018

Hon. Michael Shipp, USDJ